UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,
a Florida Corporation,

    Plaintiff,

v.                                                Case No. 8:12-cv-2231-T-33EAJ

BOOGIE MEDIA, LLC and
SLAVA KRASNOV,

    Defendants.
_____/

## NOTICE OF INTENT AND MOTION TO WITHDRAW

COMES NOW, the undersigned counsel, Vincent B. Lynch, Esq., pursuant to Local Rule 2.03(b), files this Notice of Intent to Withdraw as co-counsel for the Plaintiff, ROCA LABS, INC ("Plaintiff"). It is requested that after ten (10) days, the Court enters an order relieving the undersigned of his responsibilities on behalf of the Plaintiff and direct the Clerk to remove him from the CM/ECF service list. As grounds therefore the undersigned states as follow:

1. There have arisen irreconcilable differences between the Plaintiff and the undersigned.

2. Due to the irreconcilable differences which have arisen between the undersigned and the Plaintiff, the undersigned will be unable to effectively and properly continue representation.

3. The Plaintiff has been notified of the undersigned's intent to withdraw as counsel and has no objection.

4. The Plaintiff's co-counsel, Dennis Myers, Esq. and Michael Schloss, Esq., have been notified of the undersigned's intent to withdraw as counsel and have no objection. Mr. Myers and Mr. Schloss will remain counsel for Plaintiff.

WHEREFORE, the undersigned requests that after ten (10) days this Honorable Court enter an order GRANTING this Motion, withdrawing Vincent B. Lynch, Esq. as counsel for the Plaintiff and directing the Clerk of Court to remove him from the CM/ECF service list.

/s/ Vincent B. Lynch, Esq.
Vincent B. Lynch, Esq.
Florida Bar No. 0917801
Co-Counsel for Plaintiffs
Executive Law Group
3001 N. Rocky Point Dr. E., Suite 208
Tampa, FL  33629
(813) 367–3505
Vincent@execlawgroup.com

## CERTIFICATE OF GOOD FAITH CONFERENCE
## PURSUANT TO LOCAL RULE 3.01(g)

The undersigned counsel hereby certifies that pursuant to Local Rule 3.01(g), he has conferred with all counsels of record regarding the relief sought in this Motion, and was advised that they do not oppose this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all Counsels of Record.

/s/ Vincent B. Lynch, Esq.
Vincent B. Lynch, Esq.
Florida Bar No. 0917801