# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,

v.                                    Case No. 8:12-cv-2231-T-33EAJ

BOOGIE MEDIA, LLC and
SLAVA KRASNOV,

    Defendants.

_____/

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

    COMES NOW, Dennis A. Meyers, Esq., Tampa Bay Business Law LLP, counsel for Plaintiff, ROCA LABS, Inc., and hereby requests that this Court enter an Order granting leave to withdraw as counsel for Plaintiff, and as grounds therefore would state as follows:

1. Dennis A. Meyers, Esq. has been representing the Plaintiff since November 5, 2012.

2. The case is currently about to go to mediation on October 2, 2013, and is set for trial on the Court's docket for the trial term beginning April 4, 2014.

3. Irreconcilable differences have arisen between the undersigned and the Plaintiff, including professional and ethical considerations, leaving the undersigned unable to continue its representation of the Plaintiff in this matter.

4. The undersigned requests that they be relieved of all further obligations to represent Plaintiff in this matter and that the corporate Plaintiff be given thirty (30) days to find additional counsel to enter an appearance in this case.

5. This Motion is made in good faith and is not intended to prejudice any party.

1

6. The undersigned counsel has contacted counsel for the Defendants, Tracy Henry, Esq., and they do have an objection to this Motion.

Wherefore, Dennis A. Meyers, Esq., Tampa Bay Business Law, LLP, respectfully move this Court to enter an Order granting the Motion to Withdraw as Counsel and relieving them of all further responsibility and obligation in the representation of Plaintiff in this matter; and for such further relief as this Court deems proper and just.

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 27th day of September, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and served a copy on counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF to Tracy Martinell Henry, Esq., Anderson Law Group, 13577 Feather Sound Drive, Suite 670, Clearwater, Florida 33762, thenry@floridalawpartners.com; and a copy was sent via e-mail to: Don Juravin, don@rocalabs.com.

Respectfully submitted,

*/s/ Dennis A. Meyers*
Dennis A. Meyers, Esq.
Florida Bar No. 580260
601 Bayshore Blvd., Suite 150
Tampa, Florida 33606
Tel: (813) 434-4806
Fax: (813) 384-2382
dennis@tampabaybusinesslaw.com