UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,

v.   CASE NO. 8:12-CV-02231-T-33EAJ

CENTURY SCIENCES, LLC and
SLAVA KRASNOV

    Defendants.
_____/

## PLAINTIFF ROCA LABS, INC.'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR STAY

Plaintiff ROCA LABS, INC. ("**Roca**" or "**Plaintiff**"), by and through its undersigned counsel, hereby request an enlargement of time up to and including Thursday, November 7, 2013, to respond to Defendant's Motion For Stay (Dkt. 63) as follows:

1. On or about <u>October 11, 2013</u>, Defendant CENTURY SCIENCES, LLC ("**Century**" or "**Defendant**") filed its Motion for Stay of this action based upon its purported filing of cancellation petitions with the Trademark Trial and Appeal Board ("**TTAB**") on October 10, 2013. *See* Dkt. 63 at p. 1.

2. Plaintiff has received a copy of the alleged petitions from counsel for Century but no official notice of receipt, case number, matter number or other notice of action from the TTAB. In fact, as of the filing of this motion, the online access to the TTAB [TTABVUE. TRADEMARK TRIAL AND APPEAL BOARD INQUIRY SYSTEM] (http://ttabvue.gov/ttabvue) does <u>not</u> show any purported cancellation actions or petitions regarding the Plaintiff's marks. The TTAB does show that Century is subject to a challenge to its application for the mark "BYSTRICTIN" by Forest Laboratories, Inc. See TTAB Opposition No. 91212050, Serial No. 85878254.

3. In light of no notice from the TTAB nor apparently any notice on Trademark Trial and Appeal Board Inquiry System as of the filing of this motion, Plaintiff cannot yet determine whether it opposes the stay motion filed by the Defendant. As such, Plaintiff is respectfully requesting ten (10) days, or up to and through Thursday, November 7, 2013, in which to file its opposition or consent to Plaintiffs' Motion for Stay, whichever may be appropriate.

4. This enlargement of time is requested before the expiration period prescribed for responding to the Defendant's Motion for Stay as the opposition to said motion is due to be filed today, October 28, 2013. Thus, this motion for enlargement of time is governed by Rule 6(b)(1) of the Federal Rules of Civil Procedure. Moreover, this requested enlargement of time is not requested for purposes of delay but instead so that the Plaintiff can make an informed decision on the Motion for Stay and confirm that the subject cancellation petitions have in fact been filed with the TTAB and that the TTAB has determined that the cancellation petitions will in fact be the subject of a TTAB administrative proceeding.

5. No prejudice to Plaintiff will occur if the ten (10) day requested enlargement of time is granted. Instead, Plaintiff may be able to contact the TTAB and determine the reason that the TTAB has apparently either not accepted the Plaintiff's purported filing(s) or whether a mistake or error has occurred on the part of the TTAB.

WHEREFORE, for the above and foregoing reasons, Plaintiff respectfully requests an enlargement of time, up to and including, November 7, 2013, to file the Plaintiff's Opposition or Consent to the Motion For Stay (Dkt. 63).

### CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)

Undersigned counsel has conferred with counsel for Defendant, Tracey M. Henry, Esq., who has disclosed that her client does not consent the requested enlargement of time.

Dated: October 28, 2013

> By: /s/ Stanford R. Solomon
> Stanford R. Solomon, Esq.
> Florida Bar No.: 302147
> Blake J. Fredrickson, Esq.
> Florida Bar No. 91086
> **THE SOLOMON LAW GROUP, P.A.**
> 1881 West Kennedy Boulevard Point Drive, Suite
> Tampa, FL 33606-1606
> (813) 225-1818; (813) 225-1050 facsimile
> ssolomon@solomonlaw.com
> bfredrickson@solomonlaw.com
> *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28st day of October, 2013, I electronically filed the foregoing using the Court's CM/ECF system which will send a Notice of Electronic Filing to the following:

Tracy M. Henry, Esq.
Anderson Law Group
13577 Feather Sound Drive,
Suite 670
Clearwater, Florida 33762
thenry@floridalawpartners.com

I FURTHER CERTIFY that I served via U.S. Mail a true and accurate copy of the foregoing to the following non-CM/ECF participants: None

> /s/ Stanford R. Solomon
> Attorney