UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.
　　　Plaintiff,

vs.                                                               Case No: 8:12-CV-2231-t-33eaj

CENTURY SCIENCES, LLC, and
SLAVA KRASNOV

　　　Defendants.
_____/

### JOINT MOTION FOR SUBSTITUTION OF COUNSEL

Plaintiff, Roca Labs, Inc. hereby moves the Court for an Order substituting the law firm of SHUMAKER, LOOP & KENDRICK and Suzette Marteny, Esq. for the law firm of Solomon Law Group, P.A. and Stanford Solomon, Blake Fredrickson and Gabriel Pinilla , who shall be relieved of further responsibility in the above-styled cause on behalf of said Plaintiff.

DATED: August 15, 2014

_____
Solomon Law Group, P.A.
Stanford Solomon – FBN: 302147
Blake Fredrickson – FBN: 91086
Gabriel Pinilla – FBN: 17898
1881 W. Kennedy Blvd.
Tampa FL 33609
813-225-1818 (T)
813-225-1050 (F)
ssolomon@solomonlaw.com

DATED: August 19th, 2014

/s/Suzette Marteny
Suzette Marteny
FBN 668591
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., #2800
Tampa, Florida  33602
813-227-2272 (T)
813-229-1660 (F)
smarteny@slk-law.com

bfredrickson@solomonlaw.com
gpinilla@solomonlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19th, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will provide notice to all counsel of record.

/s/Suzette Marteny